```
SARA L. GABIN, OSB #81234
Attorney for Plaintiff
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAROLINE L. JUKER, | Civil No. 06-960 AA |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEY FEES – EAJA |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees of $3,505.06 under the Equal Access to Justice Act, 28 U.S.C. 2412, and costs of zero under 28 U.S.C. 1920, are awarded to plaintiff (Newport) to be made payable to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel.

    DATED this _26_ day of July 2007.

                                      _____
                                      UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES -EAJA - 1