1  SARA L. GABIN, OSB #81234
   Attorney for **Plaintiff**
2  4500 SW Kruse Way, Suite 100
   Lake Oswego, Oregon 97035
3  tel: 503.620.3171  fax: 503.620.3365

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF OREGON

9  CAROLYN L. JUKER,                  Civil No. 06-960-AA

10         Plaintiff,                 ORDER FOR ATTORNEY FEES UNDER
                                      42 U.S.C. 406(B)
11  vs.

12  MICHAEL J. ASTRUE
    Commissioner of Social Security,
13
            Defendant.
14

15         Reasonable attorney fees in the amount of $8,805.06 are hereby awarded to

16  Plaintiff's attorney, Sara L. Gabin, under 42 U.S.C. § 406(b), these fees to be offset by $3,505.06

17  awarded previously to Ms. Gabin under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

18  2412(d). When issuing the 406(b) check, therefore, the agency is directed to subtract the amount

19  $3,505.06 previously awarded under the EAJA, and to send to Ms. Gabin the balance of

20  $5,300.00, minus the applicable user fee. Any withheld benefits then remaining should be

21  released to plaintiff as soon as possible.

22         DATED this 9th day of January, 2008.

23

24                                        _____
                                                   JUDGE/MAGISTRATE
25  Submitted by:
    SARA L. GABIN, OSB #81234
26  Attorney for Plaintiff


ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. 406(B) - 1